# Exhibit

Eighth Judicial District Court
Clark County, Nevada
Summons & Complaint

*Thomas F. O'Neil v LV VA Healthcare System*
Case No. A-19-796296-C

```
SUMM
```

| | |
|---|---|
| Thomas F. ONeil | |
| *(Name)* | |
| 700 MARDEN ave 463 | |
| *(Mailing Address)* | |
| King, WI 54946 | |
| *(City, State, Zip Code)* | |
| 1 715 602 54946 | |
| *(Telephone Number)* | |
| 1 715 256 4341 | |
| *(Fax Number)* | |
| *(E-mail Address)* tomoneil48@yahoo.com | |

**FILED**
SEP 3 0 2019
CLERK OF COURT

Plaintiff, In Proper Person

# EIGHTH JUDICIAL DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| Plaintiff's Name: Thomas F. ONeil | Case No.: A-19-796296-C |
| Plaintiff, | Dept. No.: XIV |
| vs. | |
| Defendant's Name: LV VA Healthcare System | |
| Defendant. | |

### SUMMONS

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU FILE A RESPONSE WITH THE COURT WITHIN 20 DAYS. READ THE INFORMATION BELOW CAREFULLY.**

To the Defendant named above:

A civil complaint has been filed by the Plaintiff against you. Plaintiff is seeking to recover the relief requested in the complaint, which could include a money judgment against you or some other form of relief.

If you intend to defend this lawsuit, within 20 days¹ after this Summons is served on you (not counting the day of service), you must:

1. File with the Clerk of the Court, whose address is shown below, a formal written response (typically a legal document called an "answer," but potentially some other response) to Plaintiff's complaint.

---
¹ The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and legislators each have 45 days after service of this Summons within which to file a response to Plaintiff's complaint.

©2014 Civil Law Self-Help Center
Clark County, Nevada

Page 1 of 3

SUMMONS – DISTRICT COURT
(REV. 1, 01-20-2014)

For forms and information, visit www.civillawselfhelpcenter.org

2. Pay the required filing fee to the court, or file an Application to Proceed *In Forma Pauperis* and request a waiver of the filing fee.

3. Serve (by mail or hand delivery) a copy of your response upon the Plaintiff whose name and address is shown below.

> Information and forms to assist you are available, free of charge, at the Civil Law Self-Help Center at the Regional Justice Center, 200 Lewis Avenue, Las Vegas, Nevada, and on the center's website at www.civillawselfhelpcenter.org.

If you fail to respond, the Plaintiff can request your default. The court can then enter judgment against you for the relief demanded by the Plaintiff in the complaint, which could result in money or property being taken from you or some other relief requested in Plaintiff's complaint.

If you intend to seek an attorney's advice, do it quickly so that your response can be filed on time.

*(This Summons must be signed by the Clerk of the Court.)*
STEVEN D. GRIERSON, CLERK OF COURT

By: _____JOSEFINA SAN JOSURT_____ SEP 1 8 2019 _____ *(Signature)*
　　　Deputy Clerk　　　　　　　　　　　　Date:

Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155

Issued at the request of:

_____(signature)_____ *(Plaintiff's Signature)*
*(Insert Plaintiff's name, address, phone, and e-mail:)*
Thomas F. ONeil
700 Marden ave #463
King, WI 54946
1 715 602 2859
TOMONEIL48@YAHOO.COM

Plaintiff, In Proper Person

Note: When service is by publication, add a brief statement of the object of the action. See Nevada Rule of Civil Procedure 4(b).

© 2014 Civil Law Self-Help Center
Clark County, Nevada

Page 2 of 3

SUMMONS – DISTRICT CO
(REV. 1, 01-20-1)

For forms and information, visit www.civillawselfhelpcenter.org

## AFFIDAVIT/DECLARATION OF SERVICE UNDER PENALTY OF PERJURY

1. *(Insert name of person performing service)* _____, being duly sworn or under penalty of perjury, states that at all times relevant, I was over 18 years of age and not a party to or interested in the above-captioned case; that I served a copy of the ☐ Summons, ☐ Complaint, ☐ Other *(specify)* _____ on *(insert date and time you served)* _____, 20___, at the hour of _____ __.M., on Defendant *(insert Defendant's name)* _____ by the following method *(complete appropriate paragraph below)*:

☐ **For personal service per NRCP 4(d)(6):** Delivering and leaving a copy with *(insert Defendant's name)* _____ at *(insert address at which you served)* _____

☐ **For substitute service per NRCP 4(d)(6):** Delivering and leaving a copy with *(insert name or physical description of person served)* _____, a person of suitable age and discretion residing at Defendant's dwelling house or usual place of abode, at *(insert Defendant's address)* _____

☐ **For service on a business entity per NRCP 4(d)(1) or (2):** Delivering and leaving a copy with *(insert name or physical description of person served)* _____, who is Defendant's *(check one)* ☐ president or other head, ☐ secretary, ☐ cashier, ☐ managing agent, ☐ resident agent, or ~~(specify)~~ _____, at *(insert address at which you served)* _____

☒ **Other method of service authorized by Nevada statute or court rule:** _____
Mailed return receipt Peggy Kearns, Director LV VA H
Heathcare 6900 Pecos Rd. N. Las Vegas, NV 90086

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF NEVADA THAT THE FOREGOING IS TRUE AND CORRECT.

SERVER'S SIGNATURE: _____ Date: 7/25/19
Server's Phone: (718) (715) 602-2859
Server's ☒ Residential/ ☐ Business Address: 700 Marden Ave #463 King, WI 54946

☐ I am a licensed process server or an employee of a licensed process server; my license or registration number is *(insert license or registration number)*: _____.

☒ I am not required to be licensed under chapter 648 of the Nevada Revised Statutes or another provision of law because am not engaged in the business of serving legal process within the State of Nevada.

© 2014 Civil Law Self-Help Center
Clark County, Nevada
Page 3 of 3
SUMMONS – DISTRICT COURT
(REV. 1, 02-20-2014)
For forms and information, visit www.civillawselfhelpcenter.org

COMP
Thomas F. Oneil
700 Marden ave#463
1 715 602 2859
King, WI 54946

**FILED** 56

JUN 0 7 2019

CLERK OF COURT

DISTRICT COURT

CLARK COUNTY, NEVADA

Thomas F. Oneil
      Plaintiff(s),

- vs -

LV VA Healthcare System and
its phyysicans and billing

CASE NO. A-19-796296-C

DEPT. NO. XIV

COMPLAINT
HEARING DATE:
HEARING TIME:

Plaintiff, Thomas F. ONeil, in proper person, complains against Defendant, ~~Peggy Kearns~~ LV VA;

PARTIES

1. Plaintiff, Thomas F. Oneil, is in individual who is currently a resident of the State of Wisconsin, County of Waupaca, City of King.
2. Defendant, LV VA who is currently in the of the State of Nevada, County of Clark, City of Las Vegas.

FACTS

1. Plaintiff was a patient at VA Hospital in Las Vegas, NV
2. The Defendant, is the LV VA Healthcare System and its physcians and billing
3. See Facts attached


RECEIVED
APR 19 2019
CLERK OF THE COURT

RECEIVED
MAY 20 2019
CLERK OF THE COURT

CLAIMS FOR RELIEF

HOMAS F. ONEIL
00 MARDON AVE #463
.ING, WI 54946



DISTRICT COURT CLERK'S OFFICE
200 LEWIS AVE. 3RD FLOOR.
LAS VEGAS, NV 89102-6300